UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARITZA MUNOZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-04271-ELR-JSA |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC; EXPERIAN ) | |
| INFORMATION SOLUTIONS, ) | |
| INC.; and TRANS UNION, LLC, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC**

Plaintiff, MARITZA MUNOZ, ("Plaintiff"), through her attorneys, informs this Honorable Court that Plaintiff and Defendant, TRANS UNION, LLC, LLC., only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, TRANS UNION, LLC, LLC., with prejudice, within 60 days.

October 24, 2024                     RESPECTFULLY SUBMITTED,


                                     By: /s/ Shireen Hormozdi
                                         Shireen Hormozdi
                                         Hormozdi Law Firm, LLC
                                         1770 Indian Trail Lilburn Road,
                                         Suite 175
                                         Norcross, GA 30093

1

Tel: 678-395-7795
Fax: 866-929-2434
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on October 24, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi
    Shireen Hormozdi