**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MARITZA MUNOZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-04271-ELR-JSA |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

Plaintiff, MARITZA MUNOZ, ("Plaintiff"), through her attorneys, informs this Honorable Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., with prejudice, within 60 days.

November 21, 2024                                       RESPECTFULLY SUBMITTED,


                                                    By: /s/ Shireen Hormozdi
                                                        Shireen Hormozdi
                                                        Hormozdi Law Firm, LLC

        1770 Indian Trail Lilburn Road,
Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November 21, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

    By:  /s/ Shireen Hormozdi
          Shireen Hormozdi

2