UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARITZA MUNOZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-04271-ELR-JSA |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY

Plaintiff, MARITZA MUNOZ, ("Plaintiff"), through her attorneys, informs this Honorable Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES, LLC, only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EQUIFAX INFORMATION SERVICES, LLC, with prejudice, within 60 days.

November 26, 2024                                   RESPECTFULLY SUBMITTED,


                                        By: /s/ Shireen Hormozdi
                                            Shireen Hormozdi
                                            Hormozdi Law Firm, LLC

1

        1770 Indian Trail Lilburn Road,
Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November 26, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

        By: /s/ Shireen Hormozdi
             Shireen Hormozdi